UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MAVIE DENISE YOUNGSON AND
TIMOTHY WAYNE YOUNGSON

    Plaintiffs,

v.                No. 1:17-CV-00108
                 REEVES/STEGER

BOBO TRANSPORTATION, INC., OLIM
KODIROV, LOGISTICS BUDDY, LLC,
LOGISTICS BUDDY TRANSPORTATION,
LLC, et al.

    Defendants,
_____

CRYSTINA BASS and CHRISTOPHER A.
BASS,

    Plaintiffs,

vs.

BOBO TRANSPORTATION, INC., et al.

_____/

## SUPPLEMENTAL CERTIFICATE OF CONSULTATION

  The undersigned Counsel, Matthew E. Wright, certifies to the Court that he has reached out to Richard Hollow, Counsel for Logistics Buddy, LLC, both by email and by phone on July 20th, 2018 regarding the single interrogatory response in dispute. I indicated to him by email that I presumed his client was not willing to answer the single interrogatory in dispute since he filed a motion to strike and invited him to please contact me if I was mistaken.

SUPPLEMENT: I have attempted to obtain a revised Interrogatory Response without the necessity of Court intervention. Richard Hollow returned my phone call on July 23rd, 2018 and told me I needed to speak with Jeffrey Cox. I spoke with Jeffrey Cox by telephone on July 24th, 2018. He stated that the Interrogatory in question was "too broad" and that neither he nor his client would not be revising his answer.

Respectfully submitted,

WRIGHT LAW, PLC

*/s/ Matthew E. Wright*
Matthew E. Wright, BPR #22596
840 Crescent Centre Drive
Suite 310
Franklin, Tennessee 37067
Phone: (615) 455-3588
Fax: (615) 468-4540
mwright@wrightlawplc.com