# EXHIBIT A

# Medical Expenses
Crystina Bass

| Date | Provider | Amount |
|---|---|---|
| 3/12/2016 | Puckett EMS | $1,054.00 |
| 3/12/16-3/14/16 | Erlanger | $28,761.00 |
| 3/12/16 - 3/13/16 | Emergency Physicians | $1,192.00 |
| 3/12/2016 | University Surgical Associates | $831.00 |
| 3/12/2016-3/14/16 | Tennessee Interventional & Imaging | $1,806.33 |
| 3/12/2016 | UT Erlanger Health Network | $455.00 |
| 3/12/2016 | Path Group/ Associated Pathologists | $127.82 |
| 3/13/2016-3/14/2016 | University Surgical Associates | $450.00 |
| 3/13/2016 | UT Erlanger Health Network | $737.00 |
| 3/14/2016 | Erlanger Pharmacy | $30.26 |
| 5/23/16-6/21/16 | Results PT | $937.00 |
| 3/17/2016 | Cookeville Dental Associates | $128.39 |
| 3/23/2016 | Cookeville Dental Associates | $1,598.46 |
| 3/28/2016 | Walgreens | $135.98 |
| 3/28/2016 | Satellite Med | $180.00 |
| 3/30/2016 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $417.00 |
| 4/5/2016 | Cookeville Regional Medical Center | $2,629.00 |
| 4/5/2016 | Cookeville Dental Associates | $403.50 |
| 4/5/2016 | Cumberland Imaging Associates | $464.00 |
| 4/6/2016 | Cookeville Regional Medical Center | $1,782.00 |
| 4/7/2016 | Dr. Jestus/Tier 1 Neurosurgery | $178.00 |
| 4/8/2016 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $125.00 |
| 4/12/2016 | Innovative Family Care | $130.00 |
| 4/12/2016 | Walgreens | $60.38 |
| 4/13/2016 | Cookeville Dental Associates | $0.00 |
| 5/6/2016 | Innovative Family Care | $130.00 |
| 5/9/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $225.00 |
| 5/11/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 5/11/2016 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $341.00 |
| 5/12/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 5/16/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 5/18/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 5/20/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 5/23/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 5/26/2016 | Walgreens | $30.49 |
| 6/1/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 6/10/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 6/15/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 6/16/2016 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $362.00 |
| 6/20/2016 | Innovative Family Care | $175.00 |
| 7/13/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |

| Date | Provider | Amount |
|---|---|---|
| 7/15/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $80.00 |
| 8/8/2016 | Innovative Family Care | $130.00 |
| 8/20/2016 | Center of Balance | $80.00 |
| 8/22/2016 | Center of Balance | $50.00 |
| 8/25/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 8/27/2016 | Center of Balance | $50.00 |
| 8/29/2016 | Center of Balance | $50.00 |
| 9/3/2016 | Center of Balance | $80.00 |
| 9/13/2016 | Innovative Family Care | $130.00 |
| 9/19/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $55.00 |
| 11/10/2016 | Innovative Family Care | $252.00 |
| 12/1/2016 | Innovative Family Care | $463.00 |
| 12/2/2016 | Chiropractic Works/ Todd F. Froehlich, DC | $125.00 |
| 12/2/2016 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $362.00 |
| 12/12/2016 | Innovative Family Care | $88.00 |
| 12/19/2016 | Innovative Family Care | $130.00 |
| 12/27/2016 | Innovative Family Care | $130.00 |
| 1/4/2017 | Cookeville Audiology | $321.00 |
| 1/16/2017 | Innovative Family Care | $269.00 |
| 1/23/2017 | Innovative Family Care | $130.00 |
| 3/13/2017 | Chiropractic Works/ Todd F. Froehlich, DC | $85.00 |
| 3/20/2017 | Walmart Pharmacy | $3.36 |
| 3/21/2017 | Walmart Pharmacy | $24.29 |
| 3/22/2017 | Innovative Family Care | $130.00 |
| 3/24/2017 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $362.00 |
| 4/11/2017 | Innovative Family Care | $52.00 |
| 4/28/2017 | Innovative Family Care | $131.00 |
| 5/12/2017 | Innovative Family Care | $88.00 |
| 5/22/2017 | Innovative Family Care | $175.00 |
| 7/1/2017 | Center of Balance | $50.00 |
| 7/6/2017 | Center of Balance | $25.00 |
| 7/14/2017 | Innovative Family Care | $415.00 |
| 7/17/2017 | Chiropractic Works/ Todd F. Froehlich, DC | $60.00 |
| 7/17/2017 | Center of Balance | $110.00 |
| 7/20/2017 | Innovative Family Care | REQ |
| 7/21/2017 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $402.00 |
| 7/21/2017 | Center of Balance | $50.00 |
| 8/4/2017 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $104.00 |
| 8/12/2017 | Center of Balance | $75.00 |
| 8/17/2017 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $1,625.00 |
| 8/21/2017 | Upper Cumberland Orthopedic Surgery/ Tier 1 Ortho | $180.00 |
| 8/22/2017 | Center of Balance | $50.00 |
| 8/29/2017 | Innovative Family Care | $130.00 |
| 9/19/2017 | Dr. Jestus/Tier 1 Neurosurgery | $630.00 |
| 10/26/2017 | Chiropractic Works/ Todd F. Froehlich, DC | $85.00 |
| 11/8/2017 | Innovative Family Care | $130.00 |
| 2/5/2018 | Chiropractic Works/ Todd F. Froehlich, DC | $60.00 |

| Date | Provider | Amount |
|---|---|---|
| 2/12/2018 | Innovative Family Care | $130.00 |
| 2/22/2018 | Center of Balance | $75.00 |
| 2/22/2018 | Cookeville Regional Medical Center | $2,115.00 |
| 2/26/2018 | Center of Balance | $50.00 |
| 3/13/2018 | Center of Balance | $50.00 |
| 3/14/2018 | Innovative Family Care | $362.00 |
| 3/14/2018 | Walgreens | $30.99 |
| 3/30/2018 | Dr. Jestus/Tier 1 Neurosurgery | $250.00 |
| 4/11/2018 | Chiropractic Works/ Todd F. Froehlich, DC | $60.00 |
| 4/13/2018 | Chiropractic Works/ Todd F. Froehlich, DC | $60.00 |
| 4/23/2018 | Innovative Family Care | $130.00 |
| 4/23/2018 | C. Parham LMT | $65.00 |
| 4/23/2018 | Walgreens | $30.99 |
| 6/25/2018 | C. Parham LMT | $45.00 |
| 7/2/2018 | Chiropractic Works/ Todd F. Froehlich, DC | $60.00 |
| 7/20/2018 | Walgreens | $20.99 |
| | Holistic Acupuncture & Herbs | $90.00 |
| | Holistic Acupuncture & Herbs | $60.00 |

**TOTAL EXPENSES**     $58,523.23