# EXHIBIT A

# Medical Expenses
Chris Bass

| Date | Provider | Amount |
|---|---|---|
| 3/12/16-3/14/16 | Erlanger | $676.00 |
| 3/13/2016 | Tenneessee Interventional & Imaging Assoc. | $31.92 |
| 3/20/2017 | Walmart Pharmacy | $3.36 |
| 3/21/2017 | Walmart Pharmacy | $24.29 |
| 5/16/2016 | Walmart / Eyeglasses | $350.00 |
| 8/17/2017 | Middle Tennessee Eye | $200.00 |
| 8/17/2017 | Walgreens | $23.99 |
| 9/7/2017 | Walgreens | $18.79 |
| 9/18/2017 | Cookeville Regional Medical Group | $337.00 |
| 9/18/2017 | Walgreens | $62.69 |

**TOTAL EXPENSES**     **$1,728.04**

No Emergency Physician billing