UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CRYSTINA BASS, | ) | |
| CHRISTOPHER A. BASS, | ) | |
| MAVIE DENISE YOUNGSON, and | ) | |
| TIMOTHY WAYNE YOUNGSON, | ) | |
| | ) | |
| *Plaintiffs*, | ) | <u>Consolidated Cases</u> |
| | ) | NO. 1:17-CV-108 |
| v. | ) | NO. 1:17-CV-69 |
| | ) | REEVES/STEGER |
| OLIM KODIROV, | ) | |
| PROCTER & GAMBLE DISTRIBUTING, | ) | |
| LLC, | ) | |
| PROCTER & GAMBLE MANUFACTUR- | ) | |
| ING CO., PROCTER & GAMBLE CO., and | ) | |
| PROCTER & GAMBLE, | ) | |
| | ) | |
| *Defendant*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOGISTICS BUDDY, LLC, | ) | |
| | ) | |
| *Defendant and Cross-Claimant*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BOBO TRANSPORTATION, INC., | ) | |
| | ) | |
| *Defendant and* | ) | |
| *Cross-Defendant.* | ) | |

## ORDER

Defendants filed a motion requesting court ordered mediation on May 31, 2019 [D. 174, 168][1]. Two weeks later, on June 13, a joint status report was filed, informing the Court that a

---

[1] This case was consolidated on November 20, 2017. The first docket number references the entry for the lead case, 1:17-CV-108, the second for the member case, 1:17-CV-69. The Defendants are the same in both cases; the Basses are Plaintiffs in the lead case, and the Youngsons are Plaintiffs in the member case.

1

mediation was being scheduled [D. 180, 174]. Trial in the lead case is set for October 30, 2018, and is set for February 5, 2019 in the consolidated case [D. 23, 45]. The Court encourages settlements that serve all parties' interests, and thinks mediation is appropriate in light of the June 13 status report.

Accordingly, the motion requesting mediation [D. 174, 168] is **GRANTED**, and the parties are **ORDERED** to schedule mediation within 45 days. Decision on the pending motions for summary judgment [D. 154, 155; D. 149, 150] is **STAYED** until the completion of mediation. The parties are further **ORDERED** to file a joint status report regarding the outcome of mediation within ten days of the date of the mediation, or by August 13, 2019 if mediation has not yet been completed.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**