IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA DIVISION

MAVIE DENISE YOUNGSON and
TIMOTHY WAYNE YOUNGSON,

    Plaintiffs,

vs.

No. 1:17-cv-00069-RLJ-CHS
JURY DEMANDED

BOBO TRANSPORTATION, INC.;
OLIM KODIROV; LOGISTINCS BUDDY, LLC
and LOGITICS BUDDY TRANSPORATION, LLC,

    Defendants.

## NOTICE TO TAKE THE VIDEOTAPED EVIDENTIARY DEPOSITION OF PHILLIP A. COY, M.D.

Please take notice that, pursuant to the Federal Rules of Civil Procedure and all other applicable law, Plaintiffs will take the deposition of Phillip A. Coy, M.D., on July 31, 2019, at 2:00 p.m. at TBD, Jackson, Tennessee. Plaintiffs reserve the right to videotape this deposition in addition to having it transcribed.

Respectfully submitted,

/s/ Matthew T. May
Jeffrey S. Rosenblum, #13626
Matthew T. May, #25547
Rosenblum & Reisman, PC
6070 Poplar Avenue, Suite 550
Memphis, Tennessee 38119
(901) 527-9600
jeffr@randrfirm.com
matt@randrfirm.com

1

/s/ Matthew E. Wright
Matthew E. Wright, #13626
Wright Law, PLC
219 3rd Avenue North
Franklin, Tenne4ssee 37064
(901) 5
mwright@wrightlawplc.com

*Attorneys for Plaintiffs*

## CERTICATE OF SERVICE

I, the undersigned attorney in the above styled matter do hereby certify that I have on this 28th day of June, 2019, forwarded by U.S. Mail or by electronic mail, a true and correct copy of this document to the following:

Mr. Paul L. Sprader
Attorney at Law
201 Fourth Avenue North, Suite 1500
Nashville, Tennessee 37219

Mr. Andrew Peppenger
Attorney at Law
102 Woodmont Blvd., Suite 520
Nashville, Tennessee 37205

Mr. Kenneth W. Ward
Attorney at Law
P.O. Box 51450
Knoxville, Tennessee 37950

/s/ Matthew T. May