# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA DIVISION

MAVIE DENISE YOUNGSON and
TIMOTHY WAYNE YOUNGSON,

    Plaintiffs,

vs.                                      No. 1:17-cv-00069-RLJ-CHS
                                          JURY DEMANDED

BOBO TRANSPORTATION, INC.;
OLIM KODIROV; LOGISTINCS BUDDY, LLC
and LOGITICS BUDDY TRANSPORATION, LLC,

    Defendants.

## NOTICE TO TAKE THE VIDEOTAPED EVIDENTIARY DEPOSITION OF
## GREGORY POLKOWSKI, II, M.D.

Please take notice that, pursuant to the Federal Rules of Civil Procedure and all other applicable law, Plaintiffs will take the deposition of Gregory Polkowski, II, M.D., on August 2, 2019, at 10:00 a.m. at Vanderbilt Department of Orthopaedics, Medical Center East South Tower, Suite 4200, Room 4230, Nashville, Tennessee 37232. Plaintiffs reserve the right to videotape this deposition in addition to having it transcribed.

                                                          Respectfully submitted,

                                                          /s/ Matthew T. May
                                                          Jeffrey S. Rosenblum, #13626
                                                         Matthew T. May, #25547
                                                         Rosenblum & Reisman, PC
                                                         6070 Poplar Avenue, Suite 550
                                                         Memphis, Tennessee 38119
                                                         (901) 527-9600
                                                         jeffr@randrfirm.com
                                                         matt@randrfirm.com

/s/ Matthew E. Wright
Matthew E. Wright, #13626
Wright Law, PLC
219 3rd Avenue North
Franklin, Tenne4ssee 37064
(901) 5
mwright@wrightlawplc.com

*Attorneys for Plaintiffs*

# CERTICATE OF SERVICE

I, the undersigned attorney in the above styled matter do hereby certify that I have on this 28th day of June, 2019, forwarded by U.S. Mail or by electronic mail, a true and correct copy of this document to the following:

Mr. Paul L. Sprader
Attorney at Law
201 Fourth Avenue North, Suite 1500
Nashville, Tennessee 37219

Mr. Andrew Peppenger
Attorney at Law
102 Woodmont Blvd., Suite 520
Nashville, Tennessee 37205

Mr. Kenneth W. Ward
Attorney at Law
P.O. Box 51450
Knoxville, Tennessee 37950

/s/ Matthew T. May