UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MAVIE DENISE YOUNGSON et. ux., | ) |
| | ) |
| VS. | ) |
| | ) |
| BOBO TRANSPORTATION, INC., et. al., | ) Docket No. 1:17-cv-108 </br> ) (Consolidated 1:17-CV-69) </br> ) REEVES/STEGER |
| | ) |
| CRYSTINA BASS et. ux., | ) |
| | ) |
| VS. | ) |
| | ) |
| BOBO TRANSPORTATION, INC., et. al., | ) |

**REPORT OF RULE 31 PROCEEDING**

Pursuant to Rule 31, Section 5, Rules of the Supreme Court of the State of Tennessee, the Rule 31 Mediator, Tracy Shaw, reports that the parties participated in mediation on July 11, 2019.

This matter did not settle.

_____
Tracy Shaw, #7172
HOWELL & FISHER, PLLC
3310 West End Avenue
Suite 550
Nashville, TN 37203-1089
#615/244-3370
Rule 31 Mediator

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served by electronic mail upon:

Hubert Hamilton, Esq.
Patrick A. Cruise, Esq.
John W. Chandler, Jr., Esq.
heh@thehamiltonfirm.com
pac@thehamiltonfirm.com
jwc@thehamiltonfirm.com

Jeffrey S. Rosenblum, Esq.
Matthew T. May, Esq.
Jeffr@randrfirm.com
matt@randrfirm.com

Matthew E. Wright, Esq.
mwright@wrightlawplc.com

Daniel J. Ripper, Esq.
dan@lutheranderson.com

Paul L. Sprader, Esq.
psprader@lsplaw.net

Hannah Lowe, Esq.
Kenneth W. Ward, Esq.
hannahlowe@tawpc.com
kenward@tawpc.com

M. Andrew Pippenger, Esq.
apippenger@puryearlawgroup.com

on this the 11th day of July, 2019.

_____
Tracy Shaw

F:\DTS\3.MEDIATION\Mediation.Open\bass-youngson.bobo transportation\report-rule-31 - n.wpd